# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHARLES A. CHEATHAM, INDIVIDUALLY,**  **PLAINTIFF**
**AND AS ADMINISTRATOR OF THE ESTATE**
**OF GERI LYNN CHEATHAM, DECEASED**

**v.**                    **4:08CV03609-WRW**

**THE STANDARD INSURANCE COMPANY D/B/A**  **DEFENDANT**
**THE STANDARD LIFE INSURANCE COMPANY**

## ORDER

Pending is the parties' Joint Motion to Dismiss With Prejudice (Doc. No. 10). The Motion is GRANTED, and this case is dismissed with prejudice. Each party will bear its own separate fees and costs.

IT IS SO ORDERED this 7th day of April, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE